UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE ALBERTO PEREZ-CORTEZ,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL BERNACKE, *et al.*,<br><br>Respondents. | Case No. 2:24-cv-01307-GMN-NJK<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>**[ECF No. 12]** |

This matter comes before this Court on Petitioner Jose Alberto Perez-Cortez's Motion for a 7-Day Extension of Time to file his counseled Amended Petition. (ECF No. 12.) This is Perez-Cortez's second request for an extension of this deadline. This Court finds that good cause exists to grant the Motion.

It is therefore Ordered that the Motion for Extension of Time (ECF No. 12) is **GRANTED**. Perez-Cortez has up to and including October 2, 2024, to file his Amended Petition.

Dated:   September 27, 2024

Gloria M. Navarro, Judge
United States District Court