**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE ALBERTO PEREZ-CORTEZ, | Case No. 2:24-cv-01307-GMN-NJK |
| Petitioner, | **ORDER TO SHOW CAUSE** |
| v. | |
| MICHAEL BERNACKE, *et al.*, | |
| Respondents. | |

Petitioner Jose Alberto Perez-Cortez filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 7.)  This Court conducted an initial review of the Petition, appointed counsel to represent Perez-Cortez, directed that the Petition be served on Respondents, and ordered Respondents to file a response within 21 days of service of the Amended Petition. (ECF No. 6.) Perez-Cortez's counseled First-Amended Petition was filed on October 2, 2024. (ECF No. 14).  As such, Respondents' response was due on or before October 23, 2024.  However, Respondents have not filed a notice of appearance, their response, or an extension of time to do so.  The Court has confirmed with the Clerk's Office that (1) Respondents were properly sent a copy with the Petition and (2) the United States Attorney for the District of Nevada was properly served in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).  Accordingly, Respondents must show cause why they have failed to file a response as previously ordered by this Court.

It is therefore Ordered that, on or before November 8, 2024, Respondents show cause why they have failed to file a response to the Amended Petition.

Dated:  October 31, 2024

_____
Gloria M. Navarro, Judge
United States District Court