# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE ALBERTO PEREZ-CORTEZ,<br><br>                    Petitioner,<br><br>v.<br><br>MICHAEL BERNACKE, *et al.*,<br><br>                    Respondents. | Case No. 2:24-cv-01307-GMN-NJK<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME**<br><br>**[ECF No. 19]** |

This matter comes before this Court on the parties' Stipulation for Extension of Time for the Respondents to file a response to the Petitioner's counseled Amended Petition. (ECF No. 19.) This is the first request for an extension of this deadline. This Court finds that good cause exists to grant the Stipulation.

It is therefore Ordered that the Stipulation for Extension of Time (ECF No. 19) is **GRANTED**. Respondents have up to and including December 13, 2024, to file their response to the Amended Petition.

Dated: December 2, 2024

_____
Gloria M. Navarro, Judge
United States District Court