UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE ALBERTO PEREZ-CORTEZ,<br><br>                Petitioner,<br><br>v.<br><br>MICHAEL BERNACKE, *et al.*,<br><br>                Respondents. | Case No. 2:24-cv-01307-GMN-NJK<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION<br>OF TIME**<br><br>**[ECF No. 26]** |

     This matter comes before this Court on Petitioner Jose Alberto Perez-Cortez's Unopposed Motion for a 22-Day Extension of Time to file his Opposition to Respondents' Motion to Dismiss. (ECF No. 26.)  This is Perez-Cortez's first request for an extension of this deadline.  This Court finds that good cause exists to grant the Motion.

     It is therefore Ordered that the Motion for Extension of Time (ECF No. 26) is **GRANTED**. Perez-Cortez has up to and including January 21, 2025, to file his Opposition.

Dated:  December 30, 2024

                                                                            _____<br>
                                                                           Gloria M. Navarro, Judge<br>
                                                                           United States District Court