**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE ALBERTO PEREZ-CORTEZ,<br><br>                    Petitioner,<br><br>v.<br><br>MICHAEL BERNACKE, *et al.*,<br><br>                    Respondents. | Case No. 2:24-cv-01307-GMN-NJK<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>**[ECF No. 28]** |

This matter comes before this Court on the parties' Joint Stipulation for Order of Dismissal. (ECF No. 28.) In their Stipulation, the parties explain that Petitioner Jose Alberto Perez-Cortez's First Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is moot given his release from Respondents' custody on January 17, 2025. (*Id.*) This Court finds that good cause exists to grant the Stipulation. Further, given the dismissal of this case, the Court denies Respondents' pending Motion to Dismiss as moot.

It is therefore Ordered that the Joint Stipulation for Order of Dismissal (ECF No. 28) is **GRANTED**. The First Amended Petition for Writ of Habeas Corpus (ECF No. 14) is dismissed without prejudice as moot, on account of Petitioner's release from custody.

It is further Ordered that Respondents' Motion to Dismiss (ECF No. 23) is **DENIED** as moot.

It is further Ordered that the Clerk of the Court close this case and enter judgment accordingly.

Dated:    January 23, 2025

_____
Gloria M. Navarro, Judge
United States District Court